02-04-2007

UNITED STATES DISTRICT COURT ~~NORTHERN~~ DISTRICT OF ~~GEORGIA~~ Columbia Wash. D.C.
~~U.S.P.O.~~ ~~ATLANTA~~ DIVISION   Wash D.C. 20001
U.S. Cthouse

Joyce Lockette
XXXVII (B) female Gaf Kharizima
1054 IRA St SW **Plaintiff**
Atlanta, GA 30310-9998
vs.
Wmo.akg Cynthia McKinney gay Perri
**Defendant**

FILED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00527
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: JOYCE LOCKETTE V. CYNTHIA MCKINNEY

### TITLE VII COMPLAINT

1. Plaintiff resides at 1054 Ira St. S.W. Duplex B house Atlanta, Ga. 30310-9998  No P.O. Box 3675 (track)

2. Defendant(s) names (s) akg Mila Kendricks guy akg Lemon (mushu) U.S. Fed. Cthouse Atl. Ga. 30303 U.S.P.O. Atl Ga. 30354, U.S.P.O. Atl Ga. 30310

Location of principal office(s) of the named defendant(s) U.S. P.O. Wash D.C. 20260-2200; Subs. conspiracy indicted Spray-Coreen-Hudson indicted Fulton Co. Superior Cthouse, akg Thompson, Deborah, Glenda

Nature of defendant(s) business Clerk-H. Walker Fulton Co. Jail Cthouse w/ S.B. Stone, Lufticia Hicks white guys unanimous locations hospitals

Approximate number of individuals employed by defendant(s) Criminal investigate Subjects manager, McDonalds, Wendy's Rest Ralph David Abernathy Blvd. 95 Hattie Mac Watkins

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

RECEIVED

1



*to guy Baker blood transfusion qs while, apprehend Turner atty Daniels atty Mims terrorist sub, indicted, Green relatives AH Ga 30302, 3, 10*

4. If you or any other adult member of your household is not presently employed, but has been previously employed, identify each such person and state the date of last employment and the amount of salary or wages received per month.



N/A  N/A  N/A

5. Do you or any other member of your household own a home or other real estate? If so, describe each such property, state its approximate value and identify the owner.



N/A  N/A  N/A

6. Do you or any other member of your household own an automobile or other vehicle? If so, identify the owner of each vehicle, and the make, model, year and approximate value of such vehicle.



N/A  N/A  N/A

7. Do you or any other member of your household own any stock, bonds, notes, or other valuable (excluding ordinary household furnishing and clothing)? If so, describe each such item of property, its approximate value, and identify the owner.



N/A  N/A  N/A

8. Do you or any other member of your household have a checking and/or savings account, or other cash on hand? If so, state the total amount and owner of same.

N/A  N/A  N/A  N/A

9. Do you contribute to the support of any person who is not a member of your immediate household? If so, identify such person, his or her relationship to you, and the amount of support contributed per month.

N/A  N/A  N/A

10. Aside from income from employment, do you or any other household member have any other income? If so, identify each such person, the source of the income, and the monthly amount. (Include governmental sources, such as Social Security or other retirement benefits, disability benefits, veterans' benefits, unemployment benefits, AFDC payments workers' compensation benefits.)

Social Security Acct. Mr. Wm. H. Lockette Sr. pending acct SSI, Food Stamps Joyce A. Lockette, Criminal investigate Walker aka Bivins

11. During the past 12 months, have you or any other household member received money from any sources not otherwise disclosed by your responses to the foregoing questions? For example, income from self-employment, rent payments, interest dividends, life insurance payments, gifts or inheritances.) If so, state the name of the household member who has such other income, the identity of such income, and the amount.

None toward employment Mary's Pc. Co. 227 Peachtree St. N.W. Atl Ga 30303 N/A P/O box Atl. Ga. 30302 U.S. P.O imposture Mary Lockette

12. List the debts and monthly bills of your household income, including debts owing to banks, loan companies, charge accounts, etc.

_Grady Memorial Hosp._
_DeKalb Medical Hosp._
_Sprint acct._

| Credit | Total Debt | Monthly Payment |
|---|---|---|
| N/A | N/A | N/A |

13. If you feel that additional information would be helpful to the Court in ruling on your request to proceed in forma pauperis, state that information here.

_Apprehend, Prosecute, kidnapping indicted gang Michael Dennis Smith, Edward Shepherd aka Negua Martin aka Lockette-Clark-Baker, Fed-Ex, Bank America, Wash. Mutual accts unfaithful_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

Executed on this ___04___ day of ___02___, 20 _07_.

_____
Signature of Movant

TO: U.S. *[illegible]* U.S. Dist. *[illegible]* Dist. of House
02-04-2007

JS44 (Rev. 5/05 NDGA)

# CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)
Joyce Anita Lockette
1054 Ira St. S.W. Atl. Ga. 30310

## DEFENDANT(S)
O. Perrino aka Daniels relatives aka Baker and Simmons (Attorney)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Fulton
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Fulton
(IN U.S. PLTF. CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)
U.S. Clerk, Dist. of Columbia
U.S. Dist. Ct House

## ATTORNEYS (IF KNOWN)
S.B. Stokes (criminal investigator)
U.S. Fed. Ct House also Superior Ct.
Fulton Co. Atl Ga 30303-9998

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. GOVERNMENT PLAINTIFF
- [ ] 2 U.S. GOVERNMENT DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| | [ ] 1 | [ ] 1 | CITIZEN OF THIS STATE | [ ] 4 | [X] 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| | [X] 2 | [ ] 2 | CITIZEN OF ANOTHER STATE | [ ] 5 | [ ] 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| | [ ] 3 | [ ] 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 6 | [ ] 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- [X] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (SPECIFY DISTRICT)
- [ ] 6 MULTIDISTRICT LITIGATION
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

## V. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

(IF COMPLEX, CHECK REASON BELOW)

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [X] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [ ] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT $ _____ APPLYING IFP _____ MAG. JUDGE (IFP) _____
JUDGE _____ MAG. JUDGE _____ NATURE OF SUIT _____ CAUSE OF ACTION _____
(Referral)

## VI. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [x] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL. VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- [x] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 151 MEDICARE ACT
- [ ] 160 STOCKHOLDERS' SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 210 LAND CONDEMNATION
- [x] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [x] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- [ ] 365 PERSONAL INJURY - PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [x] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- [x] 422 APPEAL 28 USC 158
- [x] 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [x] 443 HOUSING/ ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 440 OTHER CIVIL RIGHTS
- [ ] 445 AMERICANS with DISABILITIES - Employment
- [ ] 446 AMERICANS with DISABILITIES - Other

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- [ ] 510 MOTIONS TO VACATE SENTENCE
- [ ] 530 HABEAS CORPUS
- [ ] 535 HABEAS CORPUS DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [x] 550 CIVIL RIGHTS (Filed Pro se)
- [x] 555 PRISON CONDITION(S) (Filed Pro se)

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- [x] 550 CIVIL RIGHTS (Filed by Counsel)
- [ ] 555 PRISON CONDITION(S) (Filed by Counsel)

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 R.R. & TRUCK
- [ ] 650 AIRLINE REGS.
- [x] 660 OCCUPATIONAL SAFETY/HEALTH
- [x] 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT. RELATIONS
- [ ] 730 LABOR/MGMT. REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [x] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [x] 820 COPYRIGHTS
- [ ] 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- [x] 830 PATENT

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [x] 864 SSID TITLE XVI
- [x] 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- [ ] 870 TAXES (U.S. PLAINTIFF OR DEFENDANT)
- [x] 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- [ ] 400 STATE REAPPORTIONMENT
- [x] 430 BANKS AND BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC.
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURAL ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [x] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- [x] 410 ANTITRUST
- [ ] 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- [x] ARBITRATION
- [ ] (CONFIRM/VACATE/ORDER/MODIFY)

(Note: Please mark underlying Nature of Suit as well)

* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS A CLASS ACTION UNDER F.R.Civ.P. 23    DEMAND $ 8,000.00

JURY DEMAND [ ] YES [x] NO (CHECK YES **ONLY** IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY

JUDGE_____ DOCKET NO._____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- [x] 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [x] 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- [ ] 5. REPETITIVE CASES FILED BY **PRO SE** LITIGANTS.
- [ ] 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):
- [ ] 7. EITHER SOME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____, WHICH WAS DISMISSED. THIS CASE [ ] IS [ ] IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

SIGNATURE OF ATTORNEY OF RECORD _____ DATE _____



.02-04-2007

c/o EMPLOYMENT APPLICATION : F.E.M.A: E.J.A. V.I.P.

## PERSONAL DATA

**NAME (LAST):** Lockette (V.I.P) **FIRST:** Joyce **MIDDLE:** Anita **SOCIAL SECURITY NUMBER:** 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

**STREET ADDRESS:** 1054 Ira St. S.W. **CITY:** Duplex B house **PHONE:** 404 317-0590 cell

**POSITION APPLYING FOR:** Cashier - server
☒ FULL TIME ☐ SUMMER ☐ PART TIME ☐ TEMPORARY

**WAGE EXPECTED (Minimum):** Wages
**DATE AVAILABLE FOR EMPLOYMENT:** Immediately
**ARE YOU EIGHTEEN YEARS OR OLDER?** ☒ YES ☐ NO

**HAVE YOU PREVIOUSLY APPLIED FOR EMPLOYMENT WITH PANERA BREAD?** ☐ YES ☒ NO
**IF YES, WHEN AND WHERE?** N/A
**WERE YOU INTERVIEWED?** ☐ YES ☒ NO

**ARE YOU RELATED TO, OR THE MEMBER OF THE SAME HOUSEHOLD AS, ANY ASSOCIATE EMPLOYED BY PANERA BREAD?** ☐ YES ☒ NO
**If YES, PROVIDE NAME, RELATIONSHIP, AND LOCATION EMPLOYED:** N/A N/A N/A

**ARE YOU A CITIZEN OF THE U.S. OR DO YOU HAVE A LEGAL RIGHT TO WORK IN U.S.?** ☒ YES ☐ NO

**HAVE YOU USED ANY OTHER NAME OR SOCIAL SECURITY NUMBER OTHER THAN THOSE LISTED?** ☒ YES ☐ NO — SAME
(D.C.) XXXVII F.E.M.A (Black female) Raf Kharizinii

**HAVE YOU EVER BEEN CONVICTED OF A CRIME OTHER THAN A MINOR TRAFFIC VIOLATION?** ☐ YES ☒ NO
**IF YES, WHEN?** N/A **WHERE?** N/A **NATURE AND DISPOSITION OF CONVICTION:** N/A

## AVAILABILITY

**WHEN ARE YOU AVAILABLE TO WORK?**

| HOURS AVAILABLE | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | N/A | open-close | same | same | same | same | same |

**WHAT WOULD BE YOUR IDEAL WORK SCHEDULE?**

| HOURS AVAILABLE | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | open to 4:00pm | same | same | same | same | same | same |

HR147-C 4/04

## EMPLOYMENT HISTORY

*List all present and past employment, beginning with your most recent for the last seven years. Please attach additional sheets if necessary.*

| COMPANY NAME/ADDRESS/TELEPHONE NUMBER: | IMMEDIATE SUPERVISOR: |
|---|---|
| Mary's Bail Bo Co. Inc. (404) 523-5004 | Suanshe M. Horton |
| | YOUR JOB TITLE OR POSITION: File clerk |

| DATES EMPLOYED | | STARTING WAGE OR SALARY: | PRESENT / FINAL WAGE OR SALARY: | IF STILL EMPLOYED, MAY WE CONTACT YOU PRESENT SUPERVISOR? |
|---|---|---|---|---|
| FROM (MO./YR.) | TO (MO./YR.) | | | ☑ YES  ☐ NO   IF YES, PLEASE GIVE PHONE NO: |
| 01-2006 | 02-2007 | Varies | Same | 404-431-0473 |

REASON(S) FOR LEAVING: N/A   N/A   N/A   N/A   N/A   N/A

DESCRIBE YOUR DUTIES: answering services Mary's Bail Bo Co. Inc. File clerk

---

| COMPANY NAME/ADDRESS/TELEPHONE NUMBER: | IMMEDIATE SUPERVISOR: |
|---|---|
| SAME ( ) | YOUR JOB TITLE OR POSITION: |

| DATES EMPLOYED | | STARTING WAGE OR SALARY: | PRESENT / FINAL WAGE OR SALARY: | IF STILL EMPLOYED, MAY WE CONTACT YOU PRESENT SUPERVISOR? ☐ YES  ☐ NO   IF YES, PLEASE GIVE PHONE NO: ( ) |
|---|---|---|---|---|
| FROM (MO./YR.) | TO (MO./YR.) | | | |

REASON(S) FOR LEAVING:

DESCRIBE YOUR DUTIES:

---

| COMPANY NAME/ADDRESS/TELEPHONE NUMBER: | IMMEDIATE SUPERVISOR: |
|---|---|
| SAME ( ) | YOUR JOB TITLE OR POSITION: |

| DATES EMPLOYED | | STARTING WAGE OR SALARY: | PRESENT / FINAL WAGE OR SALARY: | IF STILL EMPLOYED, MAY WE CONTACT YOU PRESENT SUPERVISOR? ☐ YES  ☐ NO   IF YES, PLEASE GIVE PHONE NO: ( ) |
|---|---|---|---|---|
| FROM (MO./YR.) | TO (MO./YR.) | | | |

REASON(S) FOR LEAVING:

DESCRIBE YOUR DUTIES:

---

| COMPANY NAME/ADDRESS/TELEPHONE NUMBER: | IMMEDIATE SUPERVISOR: |
|---|---|
| SAME ( ) | YOUR JOB TITLE OR POSITION: |

| DATES EMPLOYED | | STARTING WAGE OR SALARY: | PRESENT / FINAL WAGE OR SALARY: | IF STILL EMPLOYED, MAY WE CONTACT YOU PRESENT SUPERVISOR? ☐ YES  ☐ NO   IF YES, PLEASE GIVE PHONE NO: ( ) |
|---|---|---|---|---|
| FROM (MO./YR.) | TO (MO./YR.) | | | |

REASON(S) FOR LEAVING:

DESCRIBE YOUR DUTIES:

## EDUCATIONAL DATA

| NAME AND ADDRESS OF SCHOOL | DATES ATTENDED* FROM (MO./YR.) | TO (MO./YR.) | GRADUATED YES | NO | DATE DEGREE CONFERRED | MAJOR | MINOR |
|---|---|---|---|---|---|---|---|
| HIGH SCHOOL | N/A | N/A | | | N/A | N/A | N/A |
| COLLEGE/ OTHER  Metro Skills A | | | | | | | |
| GRADUATE SCHOOL | | | | | | | |

* Information required to secure records and all pertinent data from school officials.

| ARE YOU PRESENTLY ENROLLED IN SCHOOL? ☑ YES ☐ NO | IF YES, WHERE ENROLLED? | N/A | N/A | ☐ DAY ☐ EVENING |

## OTHER ACCOMPLISHMENTS

Please list below any other job related accomplishments, professional distinctions, certifications, or verifiable volunteer work.

algorithmic FEMA problem solving
TTD TTY user

## MILITARY HISTORY

BRANCH OF SERVICE: N/A
DATES OF SERVICE FROM / TO: N/A

DID YOU RECEIVE ANY MILITARY TRAINING RELATED TO THE JOB FOR WHICH YOU ARE APPLYING? ☐ YES ☐ NO    IF YES, PLEASE EXPLAIN:

## PROFESSIONAL REFERENCES (do not list family members)

| # | NAME | ADDRESS | OCCUPATION/TELEPHONE# |
|---|---|---|---|
| 1 | Fred Wilson | U/A | Occupation: SELF  Telephone#: (404) 617-4467 |
| 2 | BellSouth Select Svcs. | Atl. Ga. 30321 | Occupation:  Telephone#: (800) 290-3333 |
| 3 | VIP Gifts | Chattanooga TN | Occupation:  Telephone#: (800) VIPGifts |

## SIGNATURE

**PLEASE READ CAREFULLY BEFORE SIGNING**

By my signature below, I affirm that I have read and understand this application, that I have not withheld any information requested, and that any statements I have made are true and correct. I understand that any omission or misrepresentation of fact in this application may result in refusal or separation from employment.

I authorize verification and investigation of the statements made on this application and of my employment history.

If I am accepted for employment, I understand and agree that such employment will be at will and may be terminated by either party at any time with reason or no reason and with or without prior notice. I further understand and agree that this at-will employment status constitutes the entire understanding between me and the company regarding the right and ability of either party to terminate employment and that this at-will status cannot be changed except through a written understanding signed by the President of the Company.

Signature: Joyce Anita Lockette (VIP)    Date: 02-03-2007

Panera Bread is committed to maintaining a smoke free and drug free workplace. The company reserves the right to administer drug tests to applicants and employees to the extent permitted by law.

All applicants will receive consideration without regard to race, color, sex, marital status, sexual orientation, religion, age, national origin, disability, handicap, veteran status, or any other protected category. Reasonable accommodations will be provided in accordance with the law.

Panera Bread does not require or administer a lie detector test as a condition of employment. Such testing is prohibited in some states and an employer who violates this prohibition shall be subject to criminal and civil liability.

Panera Bread is an equal opportunity employer. No question on this application is intended for the purpose of limiting or excluding any applicant's consideration for employment on a basis prohibited by local, state or federal law.

| Form **8850** (Rev. October 2002)<br>Department of the Treasury<br>Internal Revenue Service | Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits<br>▶ See separate instructions. | OMB No. 1545-1500 |
|---|---|---|

**Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.**

Your name ___Joyce Anita Lockette___ Social security number ▶ ___256 98 3044___

Street address where you live ___1054 Tea St. S.W. Duplex B (house)___

City or town, state, and ZIP code ___Atlanta, Ga. 303109998 No P/O Box___

Telephone number ___(404) 317-0590___

If you are under age 25, enter your date of birth (month, day, year) ___N/A___

---

**Work Opportunity Credit**

---

1 ☒ Check here if you received a conditional certification from the state employment security agency (SESA) or a participating local agency for the work opportunity credit.

2 ☒ Check here if **any** of the following statements apply to you.

- I am a member of a family that has received assistance from Temporary Assistance for Needy Families (TANF) for any 9 months during the last 18 months.

- I am a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months.

- I was referred here by a rehabilitation agency approved by the state or the Department of Veterans Affairs.

- I am at least age 18 but **not** age 25 or older and I am a member of a family that:

    a Received food stamps for the last 6 months or   S.A.L.

    b Received food stamps for at least 3 of the last 5 months, **but** is no longer eligible to receive them.

- Within the past year, I was convicted of a felony or released from prison for a felony **and** during the last 6 months I was a member of a low-income family.

- N/A ☒ I received supplemental security income (SSI) benefits for any month ending within the last 60 days.

---

**Welfare-to-Work Credit**

---

3 ☐ Check here if you received a conditional certification from the SESA or a participating local agency for the welfare-to-work credit.

4 ☐ Check here if you are a member of a family that:
- Received TANF payments for at least the last 18 months, **or**
- Received TANF payments for any 18 months beginning after August 5, 1997, **and** the earliest 18-month period beginning after August 5, 1997, ended within the last 2 years, **or**
- Stopped being eligible for TANF payments within the last 2 years because Federal or state law limited the maximum time those payments could be made.

---

**All Applicants**

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ▶ ___Joyce Anita Lockette FEMA___ Date ___02 03 2007___

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 22851L    Form **8850** (Rev. 10-02)