02 04 2007

FILED

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Spec.Litg Joyce Anita Lockette V.I.P
_____
Petitioner

v.

Wms afg Perrino akg Walker (Lt.)
_____
Respondent(s)

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

Case: 1:07-cv-00527
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: JOYCE LOCKETTE V. CYNTHIA MCKINNEY

I, Spc Lt Joyce A. Lockette, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty that I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

I further swear that the responses which I have made to the questions below are true and complete.

1.  State your residence.

    1054 IRq St. S.W. Atlanta, Georgia 303109998

2.  State the name and age of each member of your household.

    N/A   N/A   N/A   N/A

3.  Are you or any adult member of hour household (persons 18 years of age or older) employed? If so, state the name of each employed person, the name and address of the applicable employer, and the amount of such person's salary or wages per month.

FEB 1 2 2007

not permanent address. Needs assistance housing toward future needs. Section 8 & H.O.2/A imposture acct. stolen 2005 track USDO % Daniels

4. If you or any other adult member of your household is not presently employed, but has been previously employed, identify each such person and state the date of last employment and the amount of salary or wages received per month.



N/A            N/A

5. Do you or any other member of your household own a home or other real estate? If so, describe each such property, state its approximate value and identify the owner.



N/A            N/A

6. Do you or any other member of your household own an automobile or other vehicle? If so, identify the owner of each vehicle, and the make, model, year and approximate value of such vehicle.



N/A            N/A

7. Do you or any other member of your household own any stock, bonds, notes, or other valuable (excluding ordinary household furnishing and clothing)? If so, describe each such item of property, its approximate value, and identify the owner.



N/A            N/A

8. Do you or any other member of your household have a checking and/or savings account, or other cash on hand? If so, state the total amount and owner of same.

N/A huBanta Lockette toward accounts fraudulent identity, huBanta Lockette denies accts. SSI representative subjs. JORDAN relatives, stop payment

9. Do you contribute to the support of any person who is not a member of your immediate household? If so, identify such person, his or her relationship to you, and the amount of support contributed per month.

N/A   N/A   N/A

10. Aside from income from employment, do you or any other household member have any other income? If so, identify each such person, the source of the income, and the monthly amount. (Include governmental sources, such as Social Security or other retirement benefits, disability benefits, veterans' benefits, unemployment benefits, AFDC payments workers' compensation benefits.)

4/c SSI N/A Mr. Wm. H. Lockette SR. accts. unknown toward Joyce Anita Lockette Spec. Utg v.i.p. children N/A imposture grandchildren a/k/a Zimmerman a/k/a High

11. During the past 12 months, have you or any other household member received money from any sources not otherwise disclosed by your responses to the foregoing questions? For example, income from self-employment, rent payments, interest dividends, life insurance payments, gifts or inheritances.) If so, state the name of the household member who has such other income, the identity of such income, and the amount.

Bellsouth V.I.P. Select Rewards, Atl. Ga. 30303 9998 N/A Since 2001 U.S. P.O. carrier theft Since 12-2001 V.I.P. Bellsouth Rewards accts. Mary's Bail Bo. Co. 227 Peachtree St. N.W. Atl Ga 303 039998 N/A U.S. P.O carrier accts. Surrey Weary sub w/ Keys 194 N.W. Atl Ga 3030 N/A accts. stop payment imposture Mary Lockette

12. List the debts and monthly bills of your household income, including debts owing to banks, loan companies, charge accounts, etc.

Credit card Visa-Mastercard accts. Wash D.C. 20001 Sprint: Stop payment Spanish transactions SSI

| Credit | Total Debt | Monthly Payment |

Apprehend accts. Laurante Lockette imposture aka Fletcher relatives in UPS pick-up accts imp. Lockette aka Fletcher aka Dozier, no relations Martin, Pamela gay U.S. P.O. employee Wms. gay Felice, Marta Driver Lee, Arthur stop payment Clark, Brenda aka Favors aka Dixon wife gays

13. If you feel that additional information would be helpful to the Court in ruling on your request to proceed in forma pauperis, state that information here.

Indicted Mims drug-abuser, Butler Lorraine gays Wilcox aka Park's Eunice relatives, no accts, Michael relations toward xxxviii gay Khanzinii-Lockette.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

Executed on this __04__ day of __02__, 20__07__.

_James A. Lockette_
Signature of Movant