**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOYCE LOCKETTE,

Plaintiff,

v.

CYNTHIA MCKINNEY,

Defendant.

Case: 1:07-cv-00527
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: JOYCE LOCKETTE V. CYNTHIA MCKINNEY

<u>**TRANSFER ORDER**</u>

This matter comes before the Court upon plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff brings this action alleging employment discrimination by her former employer in Atlanta, Georgia. Plaintiff is a resident of that city.

A plaintiff may bring a Title VII action in (1) any judicial district in which the unlawful employment practice is alleged to have been committed; (2) in the judicial district in which the employment records relevant to such practice are maintained and administered; (3) in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice; or (4) if the employer is not found within any such district, such an action may be brought within the judicial district in which the employer has his principal office. *Archuleta v. Sullivan*, 725 F.Supp. 602, 604 (D.D.C. 1989); 42 U.S.C. § 2000e-5(f)(3). This statutory scheme indicates that Congress intended to limit venue in Title VII cases to those jurisdictions concerned with the alleged discrimination. *Darby*, 231 F.Supp. 2d at 277.

This judicial district is not the proper venue for plaintiff's claim. The alleged

discriminatory conduct occurred in Georgia. Accordingly, it is

ORDERED that the case is TRANSFERRED to the United States District Court for the

Northern District of Georgia.   Whether plaintiff should be permitted to proceed *in forma pauperis*

is a matter to be determined by the transferee court.

_____
United States District Judge

Dated: 3/8/07